UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Khadidja Foy,

           Plaintiff,

      -against-

City of New York, *et al.*,

         Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13-CV-1972 (RJD) (CLP)

    **WHEREAS,** the parties have reached a settlement agreement and now desire to
resolve the remaining issues raised in this litigation, without further proceedings and without
admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by
and between the undersigned, that

    1.   The above-referenced action is hereby dismissed with prejudice; and



2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Office of Osondu Anyadike
*Attorney for Plaintiff*
303 Livingston Street
Brooklyn, NY 11217

By: _____
      Osondu O. Anyadike
      *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
      City of New York
*Attorney for Defendant City*
100 Church Street
New York, New York 10007

By: _____
      Rhiana Swartz
      *Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
      _____, 2013

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

2